**Order entered June 11, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01647-CR

**JATHAN MEWBOURN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-80569-2013**

## ORDER

The Court **REINSTATES** the appeal.

On May 9, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's finding that appellant desires to pursue the appeal. Because the Court has received appellant's motion to substitute counsel signed by both newly retained counsel Cody Cofer and appointed counsel William Schultz, we **DO NOT ADOPT** the remainder of the findings.

We **GRANT** the June 5, 2015 motion to substitute counsel. We **DIRECT** the Clerk to substitute Cody Cofer as appellant's retained attorney of record in place of William Schultz.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, to William Schultz, Cody Cofer, and the Collin County District Attorney's Office.

/s/    LANA MYERS
       JUSTICE